IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01791-MEH

LAWRENCE HAMPTON,

Plaintiff,

v.

NOVA CASUALTY COMPANY,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 23, 2015.**

The Stipulated Motion to Amend Scheduling Order [filed January 22, 2015; docket #29] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order [docket #20] in this case shall be modified as follows:

b. Discovery Cut-off: March 30, 2015

c. Dispositive Motions Deadline: April 27, 2015