IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01791-MEH

LAWRENCE HAMPTON,

    Plaintiff,

v.

NOVA CASUALTY COMPANY,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed July 13, 2014; docket #48]. The Court finds the Stipulation and terms of the dismissal proper. Thus, it is hereby **ordered** that this case is **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 13th day of July, 2015.

                                              BY THE COURT:

                                              *Michael E. Hegarty* (signature)

                                              Michael E. Hegarty
                                              United States Magistrate Judge